UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOSHUA LEE DARLY MOORE,

    Petitioner,

vs.                                       ORDER ADOPTING
                                        REPORT AND RECOMMENDATION

JESSICA SYMMES,

    Respondent.                           Civ. No. 11-522 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), be **DENIED**;

2. This action be **DISMISSED WITH PREJUDICE**; and

3. Petitioner should **NOT** be granted a Certificate of Appealability.

4. Let Judgment Be Entered.

DATED: April 12, 2011                           s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis, Chief Judge
                                                    United States District Court